AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Nov 24, 2020

SEAN F. McAVOY, CLERK

| | |
|---|---|
| ALAN RAY MCDOWELL, a.k.a. ALAN RAY JOHNSON, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   2:20-CV-300-RMP |
| LARRY HASKELL, ROBERT FERGUSON and JUSTIN BINGHAM, | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:  This action is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge    Rosanna Malouf Peterson _____ .

Date:  11/24/2020 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Lennie Rasmussen _____
*(By) Deputy Clerk*

Lennie Rasmussen _____